# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0888

VERSUS

CODY POWELL                                    **SEPTEMBER 26, 2022**

---

In Re:    Cody Powell, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          1802049.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The records of the Tangipahoa Parish
Clerk of Court's Office reflect that the district court acted on
relator's motion for production of documents on May 24, 2022.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
          FOR THE COURT